IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. SPECK, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-0992 |
| v. | (JUDGE CAPUTO) |
| Thomas J. Munley, *et al.*, | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

## ORDER

**NOW**, this 9th day of September, 2014, upon review of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 11) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(3) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **GRANTED** solely for the purpose of filing this action.

(4) The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge